UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KIRKLAND FAMILY TRUST<br><br>    Plaintiff,<br><br>v.<br><br>HABITUALLY CHIC DESIGN LLC and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:25-cv-06467<br><br>**REQUEST FOR ENTRY OF CERTIFICATE OF DEFAULT**<br><br>The Clerk is respectfully requested to act on the request for a Clerk's Certificate of Default.  Plaintiff shall file a motion for a default judgment within 21 days of the filing of the Certificate of Default. The conferene is adjourned from October 20, 2025 to February 9, 2026 at 10:00 a.m.<br>Call-In: 855-244-8681; Access Code: 2305 810 3970#.<br>SO ORDERED.<br>Dated:  10/15/2025<br><br>*/s/ P. Kevin Castel*<br>P. Kevin Castel<br>United States District Judge |

Plaintiff The Kirkland Family Trust ("Plaintiff") hereby requests that the Clerk of the above-titled Court enter default in this action against Defendant HABITUALLY CHIC DESIGN LLC ("Defendant"), on the grounds that Defendant has failed to respond to the Complaint in this action within the time proscribed by this Court and the Federal Rules of Civil Procedure.

Defendant was served with Summons and Complaint via the New York Secretary of State on August 25, 2025 pursuant to the Federal Rules of Civil Procedure. (ECF Doc 9).

Defendant's Answer was due on September 15, 2025. As of the date of this filing, Defendant has not appeared and no response has been filed with the Court on behalf of Defendant.

The time allowed for the Defendant to respond to the Complaint has expired and neither the Plaintiff nor the Court has granted Defendant an extension of time to respond to the Complaint. Defendant has failed to answer or otherwise respond to

the Compliant, or serve a copy of any Answer or response upon Plaintiff's attorney of record.

The above-stated facts are set forth in the attached Declaration of Taryn R. Murray filed herewith.

WHEREFORE, Plaintiff The Kirkland Family Trust requests that a default be entered by the Clerk against Defendant Habitually Chic Design LLC and for such other and further relief as the Court deems just and proper.

Dated: September 29, 2025                                        Respectfully submitted,

**/s/ Taryn R. Murray**
Taryn R. Murray, Esq.
Bar No. 5888896
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave #200
N. Las Vegas, NV 89032
(714) 617-8373
(714) 597-6729 facsimile
tmurray@higbee.law.
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned, Taryn R. Murray, declare as follows:

1. That I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Eastern District of New York. I am the attorney for the plaintiff in the above captioned action. I am over the age of 18 and not a party to the action.

2. On September 29, 2025, I caused to be served the foregoing REQUEST FOR ENTRY OF CERTIFICATE OF DEFAULT, DECLARATION OF TARYN R. MURRAY, AND PROPOSED CERTIFICATE OF DEFAULT on all parties in this action by placing a true copy enclosed in a sealed envelope as follows:

HABITUALLY CHIC DESIGN LLC
(Defendant)
c/o Heather Clawson
421 East 65th Street #6
New York, NY 10065

Dated: September 29, 2025

Respectfully submitted,

**/s/ Taryn R. Murray**
Taryn R. Murray, Esq.
Bar No. 5888896
**HIGBEE & ASSOCIATES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KIRKLAND FAMILY TRUST<br><br>Plaintiff,<br><br>v.<br><br>HABITUALLY CHIC DESIGN LLC and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:25-cv-06467<br><br>**DECLARATION OF TARYN R. MURRAY** |

The undersigned, Taryn R. Murray, declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am the attorney for the Plaintiff, The Kirkland Family Trust, in the above-captioned action. I am over the age of 18 and not a party to the action.

2. I make this Declaration, based upon personal knowledge, in support of Plaintiff's instant request for the entry of default against Defendant Habitually Chic Design LLC ("Defendant") pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

3. This action was commenced pursuant to the rights, remedies, and causes of action provided under the United States Copyright Act, 17 U.S.C § 101 et seq., and other applicable provisions as referenced in the Complaint.

4. Rule 4, Federal Rules of Civil Procedure, provides that service on a domestic corporation may be served by delivering a copy of the summons and complaint on any "agent authorized by appointment or by law to receive service of process" Fed. R. Civ. P. 4(h)(1)(B).

5. Defendant is a limited liability company registered in New York (see Exhibit "A" attached hereto). Under New York state law, the Secretary of State is statutorily designated as agent for all domestic corporations registered in N.Y. B. S .C Law § 306(a)-(b).

> Section 306 of the New York Business Corporation Law provides:
> (b) (1) Service of process on the secretary of state as agent of a domestic or authorized foreign corporation shall be made in the manner provided by clause (i) or (ii) of this subparagraph. Either option of service authorized pursuant to this subparagraph shall be available at no extra cost to the consumer. (i) Personally delivering to and leaving with the secretary of state or a deputy, or with any person authorized by the secretary of state to receive such service, at the office of the department of state in the city of Albany, duplicate copies of such process together with the statutory fee, which fee shall be a taxable disbursement. Service of process on such corporation shall be complete when the secretary of state is so served. The secretary of state shall promptly send one of such copies by certified mail, return receipt requested, to such corporation, at the post office address, on file in the department of state, specified for the purpose. If a domestic or authorized foreign corporation has no such address on file in the department of state, the secretary of state shall so mail such copy, in the case of a domestic corporation, in care of any director named in its certificate of incorporation at the director's address stated therein or, in the case of an authorized foreign corporation, to such corporation at the address of its office within this state on file in the department.
> N.Y. B.S.C Law § 306(b)

6. On August 25, 2025, Defendant was timely served with a Summons and a copy of the Complaint through the New York Secretary of State in accordance with Fed. R. Civ. P. 4 and N.Y.B.S.C Law §§ 305 and 306 (see ECF Doc. 9).

7. Defendant's Answer was due on September 15, 2025.

8. The time for Defendant to answer, plead, or otherwise respond to the Complaint has expired, and such time has not been extended.

9. As of the date of this declaration, no answer has been filed with the Court on behalf of Defendant, Defendant has made no formal appearance, nor has Defendant otherwise defended herein.

10. I am informed and believe that Defendant is not an infant, nor incompetent, and that the Service Members Civil Relief Act of 2003 (50 U.S.C. App. § 501 et seq.) does not apply.

11. Therefore, Plaintiff requests entry of default against the Defendant Habitually Chic Design LLC.

I declare under penalty of perjury that the foregoing is true and accurate under the laws of the United States of America.

DATED: September 29, 2025                Respectfully submitted,

/s/ **Taryn R. Murray**
Taryn R. Murray, Esq.
Bar No. 5888896
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave #200
N. Las Vegas, NV 89032
(714) 617-8373
(714) 597-6729 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*

3
**DECLARATION OF TARYN R. MURRAY**

Exhibit "A"

| An official website of New York State. |
|---|
| Here's how you know ⌄ |



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details ⌃

**ENTITY NAME:** HABITUALLY CHIC DESIGN LLC
**DOS ID:** 4083816
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 04/20/2011
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 04/20/2011
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 04/30/2013
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** HEATHER CLAWSON
**Address:** 421 EAST 65TH STREET, #6, NEW YORK, NY, UNITED STATES, 10065

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

| Name: |
| --- |
| Address: |

| Entity Primary Location Name and Address |
| --- |
| Name: |
| Address: |

| Farmcorpflag |
| --- |
| Is The Entity A Farm Corporation: NO |

| Stock Information |
| --- |

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |



Agencies  App Directory  Counties  Events  Programs  Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KIRKLAND FAMILY TRUST <br><br> Plaintiff, <br><br> v. <br><br> HABITUALLY CHIC DESIGN LLC and DOES 1 through 10 inclusive, <br><br> Defendants. | Case NO. 1:25-cv-06467 <br><br> **[PROPOSED] CERTIFICATE OF DEFAULT** |

The undersigned, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant HABITUALLY CHIC DESIGN LLC has not filed an answer or otherwise moved with respect to the complaint filed herein. The default of Defendant HABITUALLY CHIC DESIGN LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the default of Defendant HABITUALLY CHIC DESIGN LLC is hereby entered on this _____ day of _____ 2025.

_____
Clerk, United States District Court
Southern District of New York

1